UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-CR-236-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN DALE MCBRIDE,

    Defendant,

and

UNISYS CORPORATION,

    Garnishee.

_____

**GARNISHEE ORDER**
_____

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee UNISYS CORPORATION shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

    Dated: September 26, 2006

                                        BY THE COURT:
                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge